UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TORAN V. PETERSON,

        Plaintiff,                          Case No. 1:09cv224

v.                                              Hon. Robert J. Jonker

UNKNOWN COOPER, et al.,

        Defendant.
_____/

## ORDER
## APPROVING AND ADOPTING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on February 3, 2015.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 3, 2015, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that the motion for summary judgment (docket #89) filed by Defendants Cooper and Patterson is **GRANTED**, that the state law tort claims are **DISMISSED** and that this action is **CLOSED**.

                                                      /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE

DATED:  March 6, 2015.